# United States Bankruptcy Court
## Southern District of New York

In re: Garden of Eden Enterprises, Inc.
Debtor(s)

Case No.
Chapter 11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: August 25, 2016

/s/ Mustafa Coskun
Mustafa Coskun/President
Signer/Title

A&J PRODUCE
138-144 NYC TERMINAL MARKET
BRONX NY 10474

A.J. TRUCCO, INC.
343-344C NYC TERMINAL MARKET
BRONX NY 10474

ADP INC.
P.O. BOX 842875
BOSTON MA 02284-2875

AM TRUST NORTH AMERICA
800 SUPERIOR AVENUE E
21ST FLOOR
CLEVELAND OH 44114

AMERICAN EXPRESS
200 VESEY STREET
NEW YORK NY 10285

B&R CLASSICS, LLC
56 OLD FIELD ROAD
HUNTINGTON NY 11743

BANK OF AMERICA
BUSINESS CARD
P. O. BOX 15796
WILMINGTON DE 19886-5796

BROADWAY SPECIALITY FOOD, INC.
2780 BROADWAY
NEW YORK NY 10025

CAPITAL ONE
P.O. BOX 71083
CHARLOTTE NC 28272-1083

CELAL COSKUN
1 DANTE COURT
JACKSON NJ 08527

CHASE
P.O. BOX 1423
CHARLOTTE NC 28201-1423

```
CHASE SAPPHIRE
P.O. BOX 15153
WILMINGTON DE 19886


CHOIS PEST CONTROL
16-00 POLLITT DRIVE
FAIR LAWN NJ 07410


COOSEMANS NEW YORK INC.
UNITE 249 ROW B
NYC TERMINAL MARKET
BRONX NY 10474


COSKUN BROTHERS SPECIALITY
162 W. 23RD STREET
NEW YORK NY 10010


D'ARRIGO BROS.
UNITE 315 NYC TERMINAL MARKET
BRONX NY 10474


FIERMAN PRODUCE
247-256 ROW
NYC TERMINAL MARKET
BRONX NY 10474


GALLONI USA, INC.
25 ROCKWOOD PLACE
SUITE 220
ENGLEWOOD NJ 07631


GARDEN OF EDEN GOURMET, INC.
162 W. 23RD STREET
NEW YORK NY 10011


INTERNAL REVENUE SERVICE
290 BROADWAY
BANKRUPTCY DEPT.
NEW YORK NY 10007


JACKSON LEWIS LLP
P.O. BOX 416019
BOSTON MA 02241-6019
```

```
JOSEPH M. SALVATOR C.P.A.
11 FOX LANE
LAKE GROVE NY 11755


KATZMAN BERRY
153-157 ROW A
NYC TERMINAL MARKET
BRONX NY 10474


KATZMAN PRODUCE
153-157 ROW A
NYC TERMINAL MARKET
BRONX NY 10474


LUM, DANZIS, DRASCO & POSITAN
103 EISENHOWER PARKWAY
ROSELAND NJ 07068-1049


M&R TOMATO
151 NYC TERMINAL MARKET


MAM PRODUCE INC.
20-1 BERGEN RIDGE ROAD
NORTH BERGEN NJ 07047


MUSTAFA COSKUN
4 ROUTE 5
FORT LEE NJ 07024


MUZAK LLC
NYC TERMINAL MARKET
BRONX NY 10474


NATHEL & NATHEL
UNITE 357 ROW C
NYC TERMINAL MARKET
BRONX NY 10474


NEW YORK CITY DEPT. OF FINANCE
345 ADAMS STREET - 3RD FLOOR
BROOKLYN NY 11201
```

```
NEW YORK CITY LAW DEPARTMENT
CORPORATE COUNSEL
100 CHURCH STREET
NEW YORK NY 10007


NEW YORK STATE DEPT OF TAX
BANKRUPTCY UNIT
P.O. BOX 5300
ALBANY NY 12205-0300


NOAH BANK
7301 OLD YORK ROAD
ELKINS PARK PA 19027


NYS ATTORNEY GENERAL'S OFFICE
120 BROADWAY
NEW YORK NY 10271


RETAILERS OF NEW YORK WC TRUST
C/O GLACIER BAY TPA LLC
P.O. 2070
LATHAM NY 12110


RICH MICHAELSON MAGALIFF MOSER
335 MADISON AVENUE
9TH FLOOR
NEW YORK NY 10017


RICKYS RED HOT
P.O. BOX 3282
MILFORD CT 06460


RUBIN BROTHERS
147-148 ROW A
NYC TERMINAL MARKET
BRONX NY 10474


SALIM KAYA



SAOM, INC.
1464 RIVER ROAD
SUITE 3
EDGEWATER NJ 07020
```

```
SECOND WIND CONSULTANTS INC.
136 WEST STREET
SUITE 101
NORTHAMPTON MA 01060


STATE OF NEW JERSEY
OFFICE OF ATTY GENERAL
PO BOX 080
TRENTON NJ 08625-0080


STATE OF NJ DIV OF TAXATION
BANKRUPTCY DEPARTMENT
P.O. BOX 281
TRENTON NJ 08695-0281


TOP BANANA
413-420 ROW D
NYC TERMINAL MARKET
BRONX NY 10474


U.S. ATTORNEY'S OFFICE
86 CHAMBERS STREET
NEW YORK NY 10019


WACHTEL & MASYR
110 EAST 59TH STREET
27TH FLOOR
NEW YORK NY 10022
```