```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
In re                              :    Case No. 16-12488 (JLG)
                                   :
GARDEN OF EDEN                     :
ENTERPRISES, INC., et al.,              Chapter 11
                                   :
         Debtors.                       (Jointly Administered)
                                   :
-----------------------------------X
```

**NOTICE OF INABILITY TO APPOINT**
**COMMITTEE OF UNSECURED CREDITORS**

William K. Harrington, the United States Trustee for Region 2 (the "United States Trustee"), respectfully represents that:

1. Voluntary Chapter 11 petitions were filed by the debtors in these cases.

2. The Office of the United States Trustee has contacted the 20 largest unsecured non-priority creditors listed by the debtors and attempted to form an Official Unsecured Creditors' Committee (the "Committee") in these cases.

3. The United States Trustee is unable to appoint a Committee in these cases, pursuant to 11 U.S.C. § 1102(a), at this time.

4. The United States Trustee reserves his right to appoint a Committee at some future date if circumstances warrant such appointment.

Dated:   New York, New York
         September 13, 2016

                                                Respectfully submitted,

                                                WILLIAM K. HARRINGTON
                                                UNITED STATES TRUSTEE

                                By:    */s/ Serene K. Nakano*
                                                SERENE K. NAKANO
                                                Trial Attorney
                                                U.S. Federal Office Building
                                                201 Varick St., Room 1006
                                                New York, New York 10014
                                                (212) 510-0505