```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
In re                              :    Case No. 16-12488 (JLG)
                                   :
GARDEN OF EDEN                     :
ENTERPRISES, INC., et al.,              Chapter 11
                                   :
         Debtors.                       (Jointly Administered)
                                   :
----------------------------------X
```

## APPOINTMENT OF OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, the United States Trustee for the Southern District of New York, under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following creditors to the Official Committee of Unsecured Creditors of Garden of Eden Enterprises, Inc., et al.:

1. Catsmo LLC
   25 Myers Rd.
   Wallkill, NY 12589
   Att:    Frederic Pothier
   (tel)   (845) 895-1695
   (fax)   (845) 895-1695
   (email) fpothier@solexff.com

2. Cibo Vita Inc.
   16-00 Pollitt Drive
   Fair Lawn, NJ 07410
   Att: Ahmet Gelik
   (tel)   (201) 773-4873
   (fax)   (201) 773-4874
   (email) ahmet@cibovita.com

3. E&M Ice Cream Inc.
   701 Zerega Ave.
   Bronx, NY 10473
   Att: Thomas R. Marshall
   (tel)   (718) 518-8700
           (516) 474-6488
   (fax)   (718) 518-8904
   (email) tmarshall@eandmco.com

1

Dated:   New York, New York
         September 15, 2016

                                 WILLIAM K. HARRINGTON
                                 UNITED STATES TRUSTEE

                          By:    */s/ Serene K. Nakano*
                                 SERENE K. NAKANO
                                 Trial Attorney
                                 U.S. Federal Office Building
                                 201 Varick St., Room 1006
                                 New York, New York  10014
                                 (212) 510-0505