**Garden of Eden Enterprises, Inc.**
*JULY-AUGUST-SEPT-2017*
MONTHLY CASH FLOW PROJECTION

| | 17-Jul Estimated | 17-Aug Estimated | 17-Sep Estimated | CONSOLIDATED Estimated |
|---|---:|---:|---:|---:|
| Cash | $ 1,529,850 | 1,129,750.00 | 1,185,000.00 | $ 3,844,600 |
| DIP Cash Infusion | - | | | $ - |
| **Total Cash** | $ 1,529,850 | $ 1,129,750 | $ 1,185,000 | $ 3,844,600 |
| **Disbursements:** | | | | |
| Inventory (Purchases) | $ 704,785 | 561,875.00 | 604,500 | 1,871,160 |
| **Total Cost of Goods** | $ 704,785 | $ 561,875 | 604,500 | 1,871,160 |
| | | | - | |
| Rent | $ 160,932 | 160,932 | 105,932 | 427,796 |
| Rent-Storage | $ 2,500 | 2,450 | 2,450 | 7,400 |
| Property Tax | $ 18,973 | 18,973 | 9,584 | 47,530 |
| Electricity | $ 31,250 | 24,250 | 21,250 | 76,750 |
| Gas | $ 3,000 | 1,500 | 1,500 | 6,000 |
| Water | $ - | - | 22,500 | 22,500 |
| Sales Tax | $ 40,500 | 29,700 | 29,500 | 99,700 |
| Phone & Data Service | $ 2,650 | 2,650 | 2,000 | 7,300 |
| Payroll- Wages (Bi-Weekly) | $ 255,000 | 188,500 | 186,000 | 629,500 |
| Payroll Taxes (Bi-Weekly) | $ 84,000 | 64,500 | 64,000 | 212,500 |
| Payroll ProcessFees | $ 1,100 | 850 | 800 | 2,750 |
| Auto Exp- Fuel & EZ Pass | $ 600 | 600 | 600 | 1,800 |
| Auto Exp- Leasing Car | $ 882 | 882 | 882 | 2,646 |
| Bank Fees | $ 5,800 | 4,450 | 4,200 | 14,450 |
| Credit Card Fees | $ 24,800 | 19,250 | 19,000 | 63,050 |
| AMEX Interest | $ 23,000 | 17,200 | 18,000 | 58,200 |
| SBA Loan | $ 15,000 | 15,000 | 15,000 | 45,000 |
| P&C Insurance | $ 13,761 | 9,174 | 9,174 | 32,109 |
| Workers Comp Insurance | $ 13,650 | 9,100 | 9,100 | 31,850 |
| Health Insurance | $ 750 | 1,100 | 1,100 | 2,950 |
| Officers Health Insurance | $ 3,000 | 3,000 | 3,000 | 9,000 |
| Employee Life Insurance | $ 500 | 350 | 350 | 1,200 |
| Officers Life Ins& Loan Payt | $ 6,261 | 6,260 | 6,260 | 18,781 |
| Employee Benefits & Gifts | $ - | - | - | - |
| M&R Exp Kitchen Serv Contr | $ 3,500 | 2,000 | 2,050 | 7,550 |
| M&R Exp Store Equip Serv | $ 6,000 | 5,000 | 3,000 | 14,000 |
| M&R Exp Building | $ 3,000 | 1,500 | 1,000 | 5,500 |
| Waste Disposal | $ 8,220 | 5,440 | 5,440 | 19,100 |
| Pest Control | $ 1,560 | 1,040 | 1,040 | 3,640 |
| Fire Control | $ - | - | - | - |
| Web Design | $ - | - | - | - |
| IT Service | $ 2,250 | 1,500 | 1,500 | 5,250 |
| Independent Outside -Catering | $ 5,150 | 2,750 | 2,750 | 10,650 |
| Supplies-Cleaning | $ 1,000 | 1,000 | 1,000 | 3,000 |
| Supplies-Kitchen | $ 1,000 | 1,000 | 1,000 | 3,000 |
| Supplies- Office | $ 1,050 | 1,050 | 1,050 | 3,150 |
| Supplies-Store | $ 1,000 | 1,000 | 1,000 | 3,000 |
| Paper & Plastic Retail | $ 26,000 | 21,000 | 21,000 | 68,000 |
| Equipment Leasing | $ 3,480 | 3,480 | 3,480 | 10,440 |
| Advertising & Printing Expenses | $ - | - | - | - |
| Fees & Permits | $ - | - | - | - |
| Human Resources | $ - | - | - | - |
| Misc Expenses (Income) | $ 3,500 | 7,000 | 10,000 | 20,500 |
| **Total Operating** | | 774,619 | 635,431 | 587,492 | 1,997,542 |
| | | | | |
| MGT Fee- Payroll Expenses (Bi-Weekly) | | - | - | - | |
| MGT Fee- Admin Expenses (Bi-Weekly) | | - | - | | |
| PACA Vendors payment installment | | - | | - | - |
| PACA Vendors payment installment | | 20,000 | 16,309 | 4,750 | 41,059 |
| **Total Non- Operating** | | 20,000 | 16,309 | 4,750 | 41,059 |
| | | | | |
| **Total Disbursements** | | 794,619 | 651,740 | 592,242 | 2,038,601 |
| | | | | |
| **Turnaround Fees:** | | | | |
| Professional Fees | | | | |
| Counsel | | | | |
| U.S. Trustee Fees | | | | |
| **Total Restructuring Fee's** | | | - | - | |
| | | | | |
| Net Cash Inflow / (Outflow) From Opera | | 30,446 | (83,865) | (11,742) | (65,161) |
| | | - | | | |
| **Ending book bank balance** | | $ 30,446 | $ (83,865) | $ (11,742) | $ (65,161) |